IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MR. GOLF CARTS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0642-WS-N |
| | ) |
| JOHN TAYLOR, etc., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

The complaint reflects that the plaintiff is a corporation. (Doc. 1 at 1). The complaint was filed by "James Eastmead, Pro Se, President Mr. Golf Carts, Inc." (*Id*. at 3).

"It has been the law for the better part of two centuries … that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). "The general rule applies even where the person seeking to represent the corporation is its president and major stockholder." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). It is therefore plain that Mr. Eastmead cannot lawfully pursue this action on behalf of the corporate plaintiff.

"The usual course when a litigant not entitled to litigate pro se loses its lawyer in the midst of the case is to give it a reasonable opportunity to find a new one, [citations omitted], and, if it fails, either to dismiss the case, [citations omitted], or enter a default judgment." *United States v. Hagerman*, 549 F.3d 536, 538 (7th Cir. 2008); *accord Palazzo*, 764 F.2d at 1386 (where the corporate plaintiff was given 30 days to obtain substitute counsel but did not obtain counsel in over ten months, the trial court properly dismissed its claims for lack of proper representation).

For the reasons set forth above, the plaintiff is **ordered** to obtain licensed counsel, who is to file a notice of appearance on or before **January 18, 2016**, failing which the Court will dismiss this action without prejudice and without further notice. The Clerk is directed not to issue summons until and unless the plaintiff complies with this order.

DONE and ORDERED this 18th day of December, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE